Christina A. Rea (SBN 269107)
Curt R. Wiele (SBN 272412)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: christina.rea@bryancave.com
curt.wiele@bryancave.com

*CLOSED*

Attorneys for Defendant
BANK OF AMERICA, N.A. (erroneously Sued as "BANK OF AMERICA 16192 S HARBOR BLVD, SANTA ANA CA 92704-3804")

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serrato Rodolfo,<br><br>             Plaintiff,<br><br>vs.<br><br>Bank of America, N.A., et al.,<br><br>             Defendants. | **Case No. CV 11-07426-GW(CWx)**<br><br>[Assigned to the Honorable George H. Wu]<br><br>**JUDGMENT DISMISSING CASE WITH PREJUDICE** |

SM01DOCS\861150.1

PROPOSED JUDGMENT DISMISSING CASE WITH PREJUDICE

On November 8, 2011, the Court dismissed Plaintiff Rodolfo Serrato's (erroneously named as "Serrato Rodolfo") Complaint without prejudice, noting that Plaintiff had failed to oppose the Demurrer of Defendant Bank of America, N.A. (erroneously sued as "BANK OF AMERICA 16192 S HARBOR BLVD, SANTA ANA CA 92704-3804"). In addition, on November 8, 2011, the Court terminated the case, and the Clerk closed the docket.

IT IS SO ORDERED.

Dated: November 23, 2011

HON. GEORGE H. WU
United States District Court Judge